UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRYL BURGHARDT,

          Plaintiff,

    v.

LOUIS ALVAREZ, et al.,

          Defendants.

Case No. 21-cv-01068-YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO COMPLY WITH THE COURT'S JULY 23, 2021 ORDER; AND INSTRUCTIONS TO CLERK**

In an Order dated July 23, 2021, the Court granted Plaintiff's request for leave to file an amended complaint. It directed Plaintiff to file an amended complaint within twenty-eight days from the filing of the July 23, 2021 Order. The August 10, 2021 deadline has passed, and to date, Plaintiff has not filed an amended complaint. Instead, Plaintiff has filed a request for an extension of time to comply with the Court's July 23, 2021 Order. Dkt. 11. His request is GRANTED. No later than **twenty-eight (28) days** from the date of the Order, Plaintiff must file his amended complaint. **If Plaintiff fails to file his amended complaint by the twenty-eight day deadline, the Court will proceed by reviewing the original complaint filed in this action.**

Secondly, Plaintiff has filed a request for the Clerk of the Court to provide him with "a courtesy copy of all documents filed herein." Dkt. 11. Plaintiff's request is only GRANTED in part. The Clerk is directed to provide Plaintiff with courtesy xerox copies of his complaint along with all exhibits attached (dkts. 1, 1-1) and the Court's July 23, 2021 Order (dkt. 10). Plaintiff must pay for the xerox copying of any other documents filed in this case.

The Clerk is also directed to correct the spelling of Plaintiff's surname from "Burhardt" to "B-U-R-G-H-A-R-D-T". Dkt. 11 at 3. Lastly, the Clerk shall update Plaintiff's address to reflect his most recent address at the California Medical Facility. *Id.* at 12. This Order terminates Docket No. 11.

IT IS SO ORDERED.

Dated: September 3, 2021

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge